CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2 8 2008

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFREY T. LAWSON,          ) | |
|     Plaintiff,              ) | Civil Action No. 7:08-cv-00288 |
|                            ) | |
| v.                          ) | **FINAL ORDER** |
|                            ) | |
| AMANDA DAVIS, et. al.,      ) | By: Hon. James C. Turk |
|     Defendants.            ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust administrative remedies, and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of April, 2008.

                                                   /s/ James C. Turk
                                                   Senior United States District Judge